18759

The STATE, Respondent, v. Leonard C. HAMILTON, Appellant.
(182 S. E. (2d) 890)

*Messrs. Thomas W. Whiteside, Bobby M. Pruitt,* and *Franklin M. Mann,* of Spartanburg, *for Appellant.*

*Messrs. John H. Nolen, Sol.* and *Asst. Solicitor Claude A. Taylor, Jr.,* of Spartanburg, *for Respondent.*

August 16, 1971.

### ORDER

*Per Curiam.*

It having been determined by the Circuit Court, after an evidentiary hearing conforming with the judgment of this Court heretofore filed, 251 S. C. 1, 159 S. E. (2d) 607, that at the time of appellant's arrest the arresting officers had probable cause to believe him guilty of the crime of which he was convicted, appellant's conviction is, therefore, affirmed.

LITTLEJOHN, J., disqualified.